IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MARCELINE HOPE ENGLER                                          PLAINTIFF

v.                               CIVIL NO. 5:26-05121-DCF

WALMART, INC.                                                  DEFENDANT

## ORDER

Now before the Court is the Report and Recommendation (ECF No. 9) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas.  Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds that the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY.**  Accordingly, **IT IS ORDERED** that upon preservice screening pursuant to 28 U.S.C. § 1915(e)(2), Plaintiff's Motion for Service (ECF No. 3) is **DENIED**.  Plaintiff's claim is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction and for failure to state a claim upon which relief may be granted.  The Clerk of the Court is directed to close the case.

**IT IS SO ORDERED** this 10th day of July 2026.


*/s/ David Clay Fowlkes*
DAVID CLAY FOWLKES
UNITED STATES DISTRICT JUDGE